# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DAVID C. ZIMMERMANN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 4:04-CV-979 CAS |
| ) | |
| J & S COMPANIES, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the memorandum and order of this date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment be entered in plaintiffs' favor and against defendant in the amount of $59,414.75, plus continuing interest on the unpaid contributions, pursuant to 29 U.S.C. §1132 (g)(2)(C)(i) and 26 U.S.C. §6621, until they are paid, and post-judgment attorneys' fees and costs incurred in collection.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 1st day of November, 2005.